```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 08057
   MICHAEL A WELLS
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6442


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/07/2006 and was confirmed 08/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/18/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------
REGIONS MORTGAGE           CURRENT MORTG         .00            .00         .00
REGIONS MORTGAGE           MORTGAGE ARRE     8145.27            .00     8145.27
HOMEQ SERVICING CORP       CURRENT MORTG         .00            .00         .00
HOMEQ SERVICING CORP       MORTGAGE ARRE      937.47            .00      937.47
HOMEQ SERVICING CORP       CURRENT MORTG         .00            .00         .00
HOMEQ SERVICING CORP       MORTGAGE ARRE     1749.87            .00     1749.87
WASHINGTON MUTUAL          CURRENT MORTG         .00            .00         .00
WASHINGTON MUTUAL          MORTGAGE ARRE       38.59            .00       38.59
WASHINGTON MUTUAL          CURRENT MORTG         .00            .00         .00
WASHINGTON MUTUAL          MORTGAGE ARRE       64.96            .00       64.96
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED            .00         .00
INTERNAL REVENUE SERVICE   PRIORITY         12577.05            .00    12577.05
AFNI                       UNSECURED       NOT FILED            .00         .00
BENEFICIAL ILLINOIS        UNSECURED       NOT FILED            .00         .00
ECAST SETTLEMENT CORP      UNSECURED          650.47            .00       55.25
CREDIT FIRST               UNSECURED          392.76            .00       33.36
ECAST SETTLEMENT CORP      UNSECURED         1397.50            .00      118.69
NATIONAL CAPITAL MGMT LL   UNSECURED          676.26            .00       57.44
PROVIDIAN  MASTERCARD      UNSECURED       NOT FILED            .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED            .00         .00
US DEPT OF EDUCATION       UNSECURED        34602.28            .00     2938.83
HOMEQ                      NOTICE ONLY     NOT FILED            .00         .00
INTERNAL REVENUE SERVICE   UNSECURED           67.37            .00         .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,462.50                    158.60
TOM VAUGHN                 TRUSTEE                                     1,709.45
DEBTOR REFUND              REFUND                                          .00


      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              28,584.83

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 08057 MICHAEL A WELLS
```

```
PRIORITY                                             12,577.05
SECURED                                              10,936.16
UNSECURED                                             3,203.57
ADMINISTRATIVE                                          158.60
TRUSTEE COMPENSATION                                  1,709.45
DEBTOR REFUND                                              .00
                                    ---------------  ---------------
TOTALS                                   28,584.83        28,584.83
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/26/09                    /s/ Tom Vaughn
                                                _____
                                                 TOM VAUGHN
                                                 CHAPTER 13 TRUSTEE